JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR08-5825RJB |
| Plaintiff, | ) | |
| vs. | ) | ORDER SEALING AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION FOR WITHDRAWAL AND FOR SUBSTITUTION OF COUNSEL |
| ERIC MIDDLETON, | ) | |
| Defendant. | ) | |

The Court having considered the Motion for Order Sealing Affidavit of Counsel in support of Motion for Withdrawal and for Substitution of Counsel,

NOW THEREFORE IT IS HEREBY ORDERED that the Affidavit of Counsel and any appendixes thereto be sealed.

DONE this 4th day of April, 2012.

_____
Robert J Bryan
United States District Judge

Presented by:

s/ *Miriam F. Schwartz*
Miriam F. Schwartz
Attorney for Defendant

ORDER SEALING AFFIDAVIT OF COUNSEL – 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway , Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**