JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR08-5825RJB |
| Plaintiff, ) | |
| vs. ) | ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| ERIC MIDDLETON, ) | |
| Defendant. ) | |

The Court having considered the Motion for Withdrawal and Substitution of Counsel, and the accompanying Affidavit of Counsel;

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Federal Public Defender, and Assistant Federal Public Defender Miriam Schwartz, are permitted to withdraw as defense counsel in this matter, and that William Michelman is appointed to represent the defendant in this matter.

DONE this 4th day of April, 2012.

*signature*
Robert J Bryan
United States District Judge

Presented by:

*s/ Miriam Schwartz*
Miriam Schwartz
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, Washington 98402**
**(253) 593-6710**